# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>v.<br><br>Dantrell Johnson (2),<br><br>          Defendant. | **COURT MINUTES**<br>BEFORE: JOHN F. DOCHERTY<br>U.S. MAGISTRATE JUDGE<br><br>Case No.: 23-cr-160-2 (NEB/JFD)<br>Date: June 6, 2023<br>Location: St. Paul 6A<br>Court Reporter: Paula Richter<br>Time: 10:07–10:11 a.m. |

## MOTION HEARING

**APPEARANCES:**

For Plaintiff: Justin Wesley and Samantha Bates
For Defendant Dantrell Johnson: John C. Conard

**PROCEEDINGS**:

The Court held a hearing on Dantrell Johnson's Motion to Reopen Detention and Release Mr. Johnson to the State of Minnesota Department of Corrections (Dkt. No. 308) and Supplemental Motion to Reopen Detention and Release Mr. Johnson to the State of Minnesota Department of Corrections (Dkt. No. 311). Mr. Johnson orally withdraw his motions at the hearing.

                                                              s/ALM
                                                              Judicial Law Clerk