UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-160 (NEB/JFD)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MONTEZ BROWN, et al.,

        Defendants.

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENSE MOTIONS**

On May 9, 2024, the Court bifurcated the motions deadlines and hearings in this matter by splitting the defendants into two groups. ECF No. 1001. On May 28, 2024, the first group—comprising 12 defendants—filed 56 motions.[1] The current scheduling order permits the government the standard 14-day window—until June 11, 2024—to respond to these motions. ECF Nos. 978, 1001. The government respectfully moves the Court for a brief extension of time, until June 18, 2024, to file its omnibus response.

Although some of the defendants' discovery motions are relatively straightforward, many are presumptively not. For example, eight defendants moved to dismiss the Second Superseding Indictment on assertions of selective prosecution or violations of defendants' rights to due process under the 14th Amendment. Another group of eight defendants moved to compel production of the Department of Justice's investigation into claims of racial discrimination by the Minneapolis Police Department. The tenor of these motions is incredibly serious, requires careful consideration, and

---

[1] The total number of pending motions from the first group is 70, but three defendants filed 14 motions prior to the May 28 deadline. It appears that one additional defendant has yet to file.

demands a detailed and thorough response by the Department of Justice. The remainder of the substantive motions include thirteen separate motions to sever, a motion for a bill of particulars, two demands for a *Franks* hearing, and nineteen discrete suppression motions.

It will take significant time and resources to comprehensively review all defendants' filings, organize the discovery relevant to them, and substantively respond in a manner that is helpful to the Court. The government also will simultaneously need to determine how to organize witnesses responsive to defendants' motions. Given the nature, volume, and tenor of the defendants' now-filed motions, the government respectfully moves the Court for one additional week—from June 11, 2024 until June 18, 2024—to prepare and file its omnibus response to defendants' motions.

Dated: May 29, 2024                                Respectfully Submitted,

                                                   ANDREW M. LUGER
                                                   United States Attorney

                                                   */s/ Jordan L. Sing*

                                                   Samantha H. Bates
                                                   Albania Concepcion
                                                   Brian W. Lynch
                                                   Jordan L. Sing
                                                   Justin A. Wesley
                                                   Assistant United States Attorneys