UNITED STATES
DISTRICT OF MINNESOTA
Criminal No. 23-cr-160 (NEB/JFD)

UNITED STATES OF AMERICA,

Plaintiff,

v.

Christopher Lee Washington,

Defendant.

**DEFENDANT CHRISTOPHER LEE WASHINGTON'S MOTION TO RESCHEDULE SENTENCING HEARING**

Defendant, Christopher Lee Washington, by and through his attorney, Glenn P. Bruder, respectfully requests an order rescheduling Defendant's sentencing hearing currently set for February 5, 2026 to a later date.

The grounds for this motion are:

1. The Defendant's sentencing is currently scheduled for February 5, 2026 at 10:00 a.m. At the time this date was set, Defendant's attorney informed the Court that he was scheduled to appear at a jury trial on that date but was "confident" the case would be resolved through a plea negotiation. Defense counsel informed the Court he would advise the Court if settlement negotiations proved fruitless.

2. The Defendant in that case, *United States v. Eric Anthony Rodriguez,* 25-cr-91 (SRN/SGE), has rejected a proposed plea negotiation advanced by the government and has now made clear his intention to proceed to trial. This rejection and the defendant's decision to proceed to trial were unexpected and defense counsel is now scheduled to be in trial in the *Rodriguez* matter before Judge Nelson in St. Paul beginning on February 3, 2026. Washington's

counsel met with the defendant in *Rodriguez* on January 26, and the defendant reiterated that his decision to proceed to trial is unequivocal and firm. Based on the government's projections, it is unlikely that this trial will be concluded by the Washington sentencing date. [1]

3. Washington has made it clear that he objects to any delay in his sentencing but, under the circumstances, Defendant's attorney simply cannot be in two places at the same time.

4. Defendant's counsel attempted to contact AUSA Concepsion to ascertain the government's position with respect to this matter but received an "out of office" reply.

5. Based upon the government's projections, defense counsel anticipates that the *Rodriguez* trial will conclude by Friday, February 13, 2026. Defendant's attorney is also scheduled to be in trial in Minnesota State Court on February 24-25, 2026 and in U.S. District Court beginning on March 9, 2026 for approximately 2-3 weeks.

WHEREFORE, Defendant requests the sentencing currently set for February 5, 2026 be reset to a later date, as close as possible to the existing sentencing date.

Dated: January 27, 2026

Respectfully submitted,

MITCHELL, BRUDER & JOHNSON
*/s/ Glenn P. Bruder*
Attorney for Defendant
9531 West 78th Street, Ste. 210
Eden Prairie, MN 55344
(952) 831-3174

[1] Yesterday, a co-defendant in *Rodriguez* filed a motion seeking new counsel. If granted, this would, obviously, require rescheduling the trial but Washington's attorney is unsure when the motion will be heard.