# UNITED STATES DISTRICT COURT
## District of Minnesota
## NOTICE OF APPEAL

**USCA 8 NO** ______________

| | | |
|---|---|---|
| United States of America<br>Plaintiff | | 23-160 (26) (NEB/JFD)<br>District Court Docket |
| vs | Number | |
| Gregory Jerome Brown<br>Defendant | | Nancy E. Brasel<br>District Court Judge |

Notice is given that Gregory Brown appeals to the United States Court of Appeals for the Eighth Circuit from the **Judgment & Commitment** Order (Specify) entered in this action on May 18, 2026

| | |
|---|---|
| [signature] | Daniel Spivey Adkins |
| Signature of Defendant's Counsel | Typed name of Defendant's Counsel |
| 1295 Bandana Boulevard N, Ste 335 | (651) 330-9678 |
| Street Address/Room Number | Telephone Number |
| Saint Paul MN 55108 | May 20, 2026 |
| City State Zip | Date |

### TRANSCRIPT ORDER FORM
**TO BE COMPLETED BY ATTORNEY FOR APPELLANT**

| Please Prepare a transcript of: | I am not ordering a transcript because |
|---|---|
| Pre-trial proceedings | Previously filed |
| **Testimony or** | Other (Specify) ______________ |
| Portions thereof Jury Trial, May/June, '25 | |
| **Sentencing** | |
| Post Trial Proceedings | |
| Other (Specify) ______________ | |

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _____Funds, ______ CJA Form 24 completed

Attorney's Signature ______________ Date ______________

**NOTE: Complete All Items on Reverse Side**

## INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address : **Bureau of Prisons**

2. Date of Sentence: May 18, 2026 **Jury** Non-Jury

   Offenses: Count 1, RICO 18 USC Sect. 1962(d); acquitted of Drug Conspiracy.

   Trial Testimony - Number of days 11 Bail Status: Held/Sentenced, 90 months

3. Sentence and Date Imposed: 90 Months, Consecutive to Minnesota Sentence, Credit 19 Months, May 18, 2026

4. Appealing: Sentence Conviction **Both**

   Challenging: **Application of Sentencing Guidelines**

   Constitutionality of Guidelines

   Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: PENDING

   Stenographer in Charge : Renee Rogge

   (Name, Address, Phone) USDC MN 300 South Sixth St #376 Minneapolis MN 55415

6. Trial Counsel Was: Appointed (no fee required) **Retained (filing fee $605 unless IFP granted)**

   Does Defendant's financial status warrant appointment of counsel on appeal?

   **Yes/IFP Granted** No

   Affidavit of Financial Status filed:

   Is there any reason why trial counsel should not be appointed as counsel on appeal?

   **Yes** No

7. Assistant US Attorney Name and Phone Number: Albania Concepcion (612) 664-5600

**Court Reporter Acknowledgment**

Date Order Received Estimated Completion Date Est. Number of Pages

Court Reporter Signature Date

Noticeofappeal (11/05)