# UNITED STATES DISTRICT COURT
**District of Minnesota**

**REVISED INFORMATION SHEET-Criminal Cases Only**

1. United States of America v. Gregory Brown CR 23-cr-00160-NEB-JFD-26
2. Defendant and Address: Reg. No. 86747-510
   Sherburne County Jail
   13880 Business Center Drive NW Suite 200
   Elk River, MN 55330
3. Date of Verdict: 06/05/2025 Length of trial: 16 days. ☒ By Jury
4. Appealing: ☒ Judgment and commitment
5. Sentence: Custody of BOP for 90 months, 3 yrs supervised release, special assmt of $100.00
6. Date sentence imposed: 05/18/2026
7. Defendant incarcerated? ☒ Yes
8. Financial Status: Fee paid? ☒ No
9. Notice of Appeal was filed on 5/26/2026.
10. Court Reporter: Renee Rogge, Lynne Krenz, Tim Willette, Erin Drost, Carla Bebault, Nancy Meyer (courtreportercoordinator@mnd.uscourts.gov )
11. Trial Counsel: Daniel Spivey Adkins
    North Star Law Group
    335 Atrium Office Building
    1295 Bandana Square Boulevard N.
    Saint Paul, MN 55108
    651-330-9678
12. Trial Counsel was: ☒ Retained

    Is there any reason why trial counsel should not be appointed on appeal? ☐ Yes ☒ No
13. Assistant U.S. Attorney: Albania Concepcion, Alyssa Levey-Weinstein, Brian Lynch, Carla Baumel, Craig R Baune, Katharine T. Buzicky, Nathan Hoye Nelson, Rebecca Kline, Thomas Calhoun-Lopez, 612-664-5600.
14. List of other defendants in this case & disposition:
    Montez Brown (1) – Sentenced
    Dantrell Johnson (2) – Sentenced
    Keon Pruitt (4) – Sentenced, on Appeal
    Jovan Knight (5) – Pending
    Tyreese Giles (6) – Pending

Josiah Taylor (7) – Pending
Douglas Mobley (8) – Sentenced
Jarrett Robinson (9) – Sentenced
Trevaun Robinson (10) – Pending
Isaac Hodge (11) – Pending
Christopher Finch (12) – Sentenced
Tony Jelks (13) – Sentenced, on Appeal
Cortez Blakemore (14) – Pending
Randy Tate (15) – Sentenced
Trevoneia Felton (16) – Sentenced
Chase Robertson (17) – Sentenced
Malcolm Samuels (18) – Sentenced
William Banks (19) – Sentenced, on Apeal
Ronald Washington (20) – Sentenced
William Johnson (21) – Pending
Dashaun Morris (22) – Sentenced
Earnest Boyd (23) – Sentenced
Maron Bailey (24) – Sentenced
Isaiah Bell (25) – Sentenced
Gregory Brown (26) – Sentenced, on Appeal
Marques Walker (27) – Pending
Deandrae Poe (28) – Sentenced
Clinton Brown (29) – Pending
Amarjah Lester (30) – Sentenced
Christopher Lee Washington (31) – Sentenced, on Appeal
Ernest Ketter (32) – Pending
Robert Lesure (33) – Pending
Avante Nix (34) Pending
Arron Davis (35) – Sentenced, on Appeal
Dashawn Jackson (36) – Sentenced
Leneal Frazier (37) – Sentenced
Ja'darius Wright (38) – Sentenced
Carlos Serrano (39) – Sentenced
Ronnell Lockhart (40) - Sentenced

15. Additional Comments:

☒ Probation-Please send the PSI, Addendums and Statement of Reasons to the Criminal Unit.

Prepared by: BTX