# United States Court of Appeals
***For The Eighth Circuit***

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


May 29, 2026

Daniel Spivey Adkins
NORTH STAR CRIMINAL DEFENSE
Suite 335
1295 Bandana Boulevard, N.
Saint Paul, MN 55108

RE: 26-2066 United States v. Gregory Brown

Dear Counsel:

The district court has transmitted a notice of appeal and docket entries in this criminal matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court.

This case has been consolidated with case number 26-1759 *United States v. William Banks*, to the extent possible, for briefing and submission to the court. Briefing will remain in abeyance pending the filing of any further related appeals.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The district court has informed us that the $605 docketing and filing fees have not been paid in the case, and you must either pay them immediately or file a motion with the district court seeking permission to proceed in forma pauperis. Your duties as counsel are defined by Eighth Circuit Rule 27B and the Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/pscof/login.xhtml. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CBO

Enclosure(s)

cc: Craig Raymond Baune
Gregory Brown
Clerk, U.S. District Court, District of Minnesota
Renee Rogge

District Court/Agency Case Number(s): 0:23-cr-00160-NEB-26

**Caption for Case Number: 26-2066**

United States of America

Plaintiff - Appellee

v.

Gregory Brown, also known as Lil' G, also known as Knowledge

Defendant - Appellant

**Addresses for Case Participants: 26-2066**

Daniel Spivey Adkins
NORTH STAR CRIMINAL DEFENSE
Suite 335
1295 Bandana Boulevard, N.
Saint Paul, MN 55108

Craig Raymond Baune
U.S. ATTORNEY'S OFFICE
District of Minnesota
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-0000

Gregory Brown
86747-510
4146 Colfax Avenue, N.
Minneapolis, MN 55412

Clerk, U.S. District Court, District of Minnesota
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415-0000

Renee Rogge
UNITED STATES COURTHOUSE
Room 1005
300 S. Fourth Street
Minneapolis, MN 55415