**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY BROWN,

Defendant.

Case No. 23-CR-160 (26) (NEB/JFD)

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

---

Defendant Gregory Brown has filed an application to proceed *in forma pauperis* ("IFP") on appeal in this action. (ECF No. 2902.) Because Brown was found to be financially eligible for appointment of counsel at the outset of this action, *see* ECF No. 531, no further authorization is required for Brown to proceed IFP on appeal, *see* Fed. R. App. P. 24(a)(3). Nevertheless, to make clear that Brown may proceed IFP on appeal (and to make clear that Brown remains financially eligible for appointment of counsel on appeal), his appellate IFP application is granted.

**CONCLUSION**

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of defendant Gregory Brown (ECF No. 2902) is GRANTED.

Dated: June 12, 2026

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge